UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CARPENTERS' DISTRICT COUNCIL OF )
GREATER ST. LOUIS, et al., )
 )
      Plaintiffs, ) No. 4:06-CV-1078 (CEJ)
 )
      v. )
 )
JUNGERMANN BROS. CONST., INC., )
 )
      Defendant. )

**ORDER**

This case was filed on July 17, 2006. The record shows that service was achieved on defendant on July 25, 2006. Under Rule 12(a)(1)(A), Fed.R.Civ.P., defendant was required to file an answer or other responsive pleading within twenty days of being served with the complaint. Because the defendant has failed to do so,

**IT IS HEREBY ORDERED** that plaintiffs shall, not later than **October 20, 2006**, file appropriate motions for entry of default and for default judgment against defendant Jungermann Brothers Construction, Inc., supported by all necessary affidavits and documentation.

Failure to comply with this order may result in the dismissal of this action without prejudice.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of September, 2006.