```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


CARPENTERS' DISTRICT COUNCIL      )
OF GREATER ST. LOUIS, et al.,     )
                                  )
           Plaintiffs,            )
                                  )
     vs.                          )     No. 4:06-CV-1078 CEJ
                                  )
JUNGERMANN BROS. CONST., INC.,    )
                                  )
           Defendants.            )
```

### ORDER

**IT IS HEREBY ORDERED** that the plaintiffs' motion [Doc. # 5] for extension of time to file a motion for default judgment or a motion to dismiss is **granted**.

**IT IS FURTHER ORDERED** that any such motion shall be due no later than **November 20, 2006.**

                                                      _____
                                                     CAROL E. JACKSON
                                                     UNITED STATES DISTRICT JUDGE

Dated this 30th day of October 2006.